**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

OMAR KHATTIM ALI,

          Plaintiff,

v.                                                      Case No. 21-11255

JULIEANA MARTINO, *et al.*,

          Defendants.
_____/

**ORDER SUMMARILY DISMISSING COMPLAINT WITHOUT PREJUDICE**

On May 17, 2021, Plaintiff Omar Khattim Ali, then an inmate at the Macomb Correctional Facility, commenced this action by filing a complaint under 28 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not pay the required filing fee, nor did he file an application to proceed in forma pauperis.

On June 10, 2021, the court issued an Order to Correct Deficiency, informing Plaintiff that if he did not correct his filing deficiency by July 12, 2021, the case may be dismissed for want of prosecution. (ECF No. 2.) Plaintiff has since been paroled (ECF No. 3, PageID.37), and he has failed to update the court with his new address. The time for correcting Plaintiff's deficiency has now passed. Thus, the court will dismiss the complaint without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 F. App'x 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x 804, 805 (6th Cir. 2003). Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

        s/Robert H. Cleland        /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:   July 20, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 20, 2021, by electronic and/or ordinary mail.

        s/Lisa Wagner        /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\21-11255.ALI.DismissalWithoutPrejudice.BHB.RMK.docx